**Jason A. MORANT, Plaintiff—Appellant,**

v.

**Douglas M. VAUGHN, Warden, Nottoway Correctional Center, in his individual and official capacity; Anita Bryant, Regional Ombudsman, in her individual and official capacity; G.K. Washington, Regional Director for the Central Region; John Jabe, Deputy Director of Operations, Virginia Department of Corrections, in his individual and official capacity, Defendants—Appellees.**

**No. 09–6140.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 4, 2009.

Jason A. Morant, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason A. Morant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Morant v. Vaughn,* No. 2:08–cv–00155–JBF–JEB (E.D. Va. filed Jan. 8, 2009 & entered Jan. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*